Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. P-0571336
)
MAY OBUSZEWSKI, ET AL )

## NOTICE OF APPEAL

Name and address of appellant:

PAT ALUISO

Name and address of appellant's attorney:

Mark Goldstone

Offense: Demonstrating w/out permit

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12-21-05                     Patuleviso
DATE                         APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?        YES [ ]   NO [ ]
Has counsel ordered transcripts?              YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [ ]

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


